1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

9              IN THE UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA, | CASE NO. CR S 96-0148 WBS
13 | Plaintiff, | MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AND RECALL ARREST WARRANT; [~~PROPOSED~~] ORDER
14 | v. |
15 | VICTORINO VILLAMARIN BLANCADA, |
16 | Defendant. |

17

18     An indictment was filed in this matter on April 5, 1996, charging the above-referenced defendant

19 with violations of Title 18, United States Code §§ 1341 and 2 [Mail Fraud and Aiding and Abetting].

20 (Docket, #1). An arrest warrant issued on the indictment. (Docket, #14). In the more than fifteen years

21 which have passed since the indictment issued, law enforcement has been unable to apprehend the

22 defendant. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of

23 America seeks the leave of this Honorable Court to dismiss the indictment without prejudice. This

24 motion is based upon the passage of time, limitations of government resources, and the lack of

25 indications the defendant will be apprehended. The United States also respectfully requests that the

26 arrest warrant be recalled.

27     ///

28     ///

MOTION TO DISMISS                             1

1 | Dated:  July 24, 2013

BENJAMIN B. WAGNER
United States Attorney

  /s/ Philip A. Ferrari
PHILIP A. FERRARI
Assistant United States Attorney

**O R D E R**

The United States' motion to dismiss is GRANTED and the indictment (Docket, #1) is ordered DISMISSED WITHOUT PREJUDICE.  The arrest warrant (Docket, # 14) is RECALLED.

**SO ORDERED:**

Dated:  July 24, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

MOTION TO DISMISS         2